```
                              FILED
                              September 29, 2011
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:11-mj-308 KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| KELLY KILKER, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kelly Kilker</u>; Case <u>2:11-mj-308 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of $100,000, co-signed by defendant's parents, Kevin and Vicki Kilker and to be replaced by a $100,000 collateral bond secured by the real property owned by defendant's parents.

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions; third party custody to defendant's father, Kevin Kilker.</u>

Issued at <u>Sacramento, CA</u> on <u>9/29/2011</u> at 2:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge